AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:14MJ388 |
| LOGAN ARTINA ROUNDTREE | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2014__ in the county of __City of Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 844 | Defendant did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
(See Attached)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Rosie Haney/Adam Ptashkin

*Complainant's signature*

Sgt. Adam Zielinski, USPP

*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: __07/31/2014__

*Judge's signature*

City and state: __Alexandria, Virginia__

Honorable Theresa Carroll Buchanan

*Printed name and title*